UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Biochemic, Inc., et al
      Plaintiff

V.

                                    CIVIL ACTION: 13CV10691-RWZ

Axis Reinsurance Co., et al
      Defendant

## JUDGMENT

ZOBEL, D.J.                                                  SEPTEMBER 28, 2017

In accordance with the MEMORANDUM OF DECISION entered on 9/28/17; Judgment is entered for defendant Brown & Brown of New York on Counts 2, 4 and 6 and for John P. Raucci on Counts 3, 5 and 7; judgment is entered for Axis Reinsurance Co. on Count 1.

By the Court,

                                                      s/ Lisa A. Urso
                                                      DEPUTY CLERK