UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIOCHEMICS, INC. and JOHN MASIZ, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AXIS REINSURANCE COMPANY, BROWN ) <br> & BROWN OF NEW YORK, INC. and JOHN ) <br> P. RAUCCI, ) <br> ) <br> Defendants, ) <br> ) | Case No. 1:13-cv-10691-RWZ |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Biochemics, Inc. and John Masiz, the Plaintiffs in the above-named matter, hereby appeal to the United States District Court of Appeals For the First Circuit from the Judgment in this action dated September 28, 2017 (docket entry 120), which entered judgment for defendants Brown & Brown of New York on counts 2, 4, and 6; for John P. Raucci on counts 3, 5 & 7; and for Axis Reinsurance Company on count 1.  For clarity, this Appeal stems from both the Court's (Zobel, J.) allowing Brown & Brown of New York's and John Raucci's motion for summary judgment  (docket entry 119, dated September 28, 2017) and Axis Reinsurance Company's motion for summary judgment (docket entry 88, dated January 6, 2015).

Respectfully submitted,

PLAINTIFFS,
Biochemics, Inc. and John Masiz,
By their attorneys,

*/s/ Orestes G. Brown*
Orestes G. Brown (MA BBO #566431)
Keith L. Sachs (MA BBO#634025
METAXAS BROWN PIDGEON LLP
900 Cummings Center, Suite 207T
Beverly, MA  01915

1

978-927-8000
obrown@metaxasbrown.com

*/s/ Steven L. Schreckinger*
Steven L. Schreckinger
Anderson & Kreiger, LLP
21st Floor
50 Milk Street
Boston, MA 02109
(617) 621-6500
Fax: (617) 621-6502
Email: sschreckinger@andersonkreiger.com

Dated: October 23, 2017

CERTIFICATE OF SERVICE

    I hereby certify that on October 23, 2017, the foregoing document was served via ECF on all counsel of record registered to received electronic filings.

/s/ *Keith L. Sachs*
Keith L. Sachs